IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. KALIF V. GANT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MR. MICHAEL CLARK, Warden, | : | |
| THE DISTRICT ATTORNEY OF THE | : | |
| COUNTY OF PHILADELPHIA and | : | |
| THE ATTORNEY GENERAL OF | : | |
| THE STATE OF PENNSYLVANIA | : | NO. 19-5177 |

## ORDER

**NOW**, this 23rd day of December, 2020, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1) and the Response to Petition for Writ of *Habeas Corpus* (Document No. 8), it is **ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.